# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:09cr16-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DAVID MARIN. ) | |

**THIS MATTER** is before the Court upon the Motion of the Government requesting that the Defendant's sentence be reduced pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. [Doc. 57].

For the reasons stated in the Government's Motion, the Court finds that the Defendant has provided substantial assistance to the Government since the imposition of his sentence of 70 months of imprisonment on May 21, 2010.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government's Rule 35 Motion [Doc. 57] is **ALLOWED**, and the Defendant's sentence is hereby reduced from a term of 70 months of imprisonment to a term of 46

months of imprisonment, with all other terms and conditions of the Judgment of Conviction [Doc. 53] entered on June 18, 2010, to remain in full force and effect.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to prepare an Amended Judgment in accordance with the terms stated herein.

**IT IS FURTHER ORDERED** that the Clerk send copies of this Order to the Defendant, counsel for the Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: January 18, 2011

Martin Reidinger
United States District Judge